Court of Criminal Appeal
of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

SEND TO

March 2, 2015

80,819-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

In The Court of Criminal
Appeals of Texas
NO. WR-80,819-02
Ex Parte Alvin Eugene Hines, Applicant
On Application For A Writ of Habeas Corpus
Cause No. 31047-A In The 3rd District Court
From Anderson County

Dear Court,
I am Responing to your Letter and Pursuant to the provisions
of Article 11.07 of The Code of Criminal Procedure, And I'm
Seening the Court The 11.07 papers I have, If it would
help to grant My Appeal. Because My Counsel Rended
in Effective Assistance because Counsel failed to timely
file a Notice of Appeal. I Also have and Affidavit from My
Sister-Brenda Davis Calling both Lawzers About My Appeal.
I'm Sending 13 Sheets (Exhibits) hoping and praying to
God the Court will See that I'm fighting for My Appeal.
I'm Requesting these papers be Copy into My File:

Mr. Alvin Eugene Hines #1866741
Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

Thanks to the
Court of Appeal.

CC.

EXHIBIT 1

The State of Texas         §         In The District Court

                              §

Vs..                         §         3rd Judicial District

                              §

Alvin Eugene Hines         §         Anderson County, Texas

## ·AFFIDAVIT OF BRENDA DAVIS·

BEFORE ME, THE UNDERSIGNED AUTHORITY, personally appeared Brenda Davis, who after being duly sworn stated the following under oath:

" My name is Brenda Davis. I am over the age of eighteen(18) years, and I am compentent to make this affidavit. The statements contained herein are true and correct."

"I am the sister of Alvin Eugene Hines. After my brother was convicted in this case, Cause No.31047, I was contacted by him and at that time he requested that I contact his lawyer concerning the status of his appeal. My brother immediately after the trial informed me that his attorney intended to appeal this case. However, even after several months had passed he had still not heard from his attorney. I then called his court appointed attorney, WM. M.House, JR. and he told me he would return my call but never did. In that initial conversation I told him that my brother was trying to get ahold of him and that it was about his appeal. I also contacted the attorney that I hired to participate in my brothers defense, Mr.Bonner from Houston, he was only interested in the small remainder of the money I owed him and refused to do anything about the appeal unless I paid him more money. Mr. House was appointed to represent my brother by the court because of my brother's indengency,for trial and sentencing.As of this date neither of the lawyers have contacted me concerning the appeal."

" I am signing this affidavit voluntarily. I have not been coerced or threatened in any way to sign this affidavit, nor has any promise of any nature been made in exchange for my execution of this affidavit."

I am making this affidavit for the sole purpose of helping my brother receive an appeal in this case that he has always insisted he is innocent in. We have expected an appeal and have done all we could to get one done and believed that his attorney's were pursuing the appeal, apparently they are not." Further affiant saith not."

_Brenda Davis_
Brend Davis, Affiant

SWORN AND SUBSCRIBED beofre me, the undersigned authority, on this 27 day of Oct ,2013.

ROOSEVELT HEWITT COVINGTON
My Commission Expires
August 27, 2016

_RH Covington_
Notary Public, State of Texas

xc/ my file                    P.2

EXHIBIT 2



## Cause No. 31047

| THE STATE OF TEXAS | § | IN DISTRICT COURT OF |
| | § | |
| Vs | § | 3RD JUDICIAL DISTRICT |
| | § | |
| ALVIN EUGENE HINES | § | ANDERSON COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, the judge of the trial court, certify this criminal case:

[X]     is not a plea-bargain case, and the defendant has the right of appeal, or

[ ]     is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal, or

[ ]     is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, or

[ ]     is a plea-bargain case, and the defendant has NO right of appeal, or

[ ]     the defendant has waived the right of appeal.

FILED FOR RECORD
At 5:00 o'clock p

JUN - 6 2013

JANICE STAPLES
District Clerk, Anderson County, T)
by_____ Dep

| _____ | ___6-6-13___ |
| Presiding Judge | Date |

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Texas Court of Criminal Appeals. Tex. R. App. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

| _____ | _____ |
| Defendant | Defense Counsel |

Mailing address:_____

_____
Telephone Number _____
Fax Number: _____

Bar Card No. _____
Mailing Address:_____

_____
Telephone Number: _____
Fax number: _____



The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ**. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Anderson County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of          County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the          . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the          County . Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Reimburse Court Appointed Attorney Fees

Signed and entered on June 6, 2013

X _Pam Foster Fletcher_
Pam Foster Fletcher
JUDGE PRESIDING

Clerk: _Janice Staples_

Right thumb

b-6-13

Alvin Eugene Hines

31

MST5                     Page 2 of 2

EXHIBIT 3



# WM. M. HOUSE, JR.
### Attorney at Law

| Office: (903) 723-2077 | Fax: (903) 723-6323 | Residence: (903) 723-4213 |
|---|---|---|

October 18, 2013

Alvin Hines
#1866741
2101 FM 369N
Iowa Park, Texas 76367

Dear Mr. Hines:

The last time I talked to you about this case was June 6th, as we signed and filed out the certificate of Appeal. At that time you told me you wanted to talk to Mr. Bonner first. Mr. Bonner called me shortly thereafter to learn what the sentence in your case was; no mention was made of any appeal at that time. I was later contacted by State Counsel for offenders. I gave them this same information.

Yours very truly,

Wm. M. House, Jr.
Attorney at Law

WMH/cn

| Post Office Box 1486 | 800 North Church | Palestine, TX 75802-1486 |
|---|---|---|

BOARD CERTIFIED IN CRIMINAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

EXHIBIT 4

**The Bonner Law Firm**
A Professional Corporation

---

V. Martinez Bonner
Attorney at Law
4820 Old Spanish Trail  Houston, TX 77021

Phone (713) 842-7700
Cell (832) 433-6565
Fax (713) 842-1551

October 28, 2013

Alvin Hines
2101 F.M. 369 N.
Iowa Park, Texas 76367
ALLRED UNIT

RE:    Your Request for Information

Dear Mr. Hines,

I never filed a Motion to Withdraw from your case. My representation of you ended when the Jury found you GUILTY.

I was not hired to file a Notice of Appeal. I have not heard from Mr. House since the Guilty Verdict. Your sister is right about the Remainder of my fees.

My representation entailed representing you throughout your trial along with Mr. House. It's not our fault that you were found Guilty. We did not make the facts, nor your threatening 911 call.

Have you are your sister paid me or anyone else to handle your Appeal. No

What about the rest of my fees?

Barbara L Law is also misleading you if she claims she contacted me. I have never heard of her nor from her, although she's right, I do not represent you anymore.

Have you forgotten that I was the one that made sure the jury found out about the Decedent attacking you. Hopefully your questions have been answered, Good Luck

Sincerely

Vic Bonner, Esq.

 

WM.M.House, JR.                                    October 15, 2013
Post Office Box 1486
800 N. Church
Palestine, TX 75801


RE: State of Texas V. Alvin Eugene Hines Cause No.31047.


Mr. House,

     I am writing today to find out exactly why my case has not
or was not timely appealed. I have had the State Counsel for
Offenders contact you and they have told me you told them you
are noilonger my atomneyy. I have tried numerous times to find
out the status of my appeal and so has my sister. You know that
I always wanted to appeal this case. Why didhttyynu ever file
an appeal in my case? Now I must file for an out of time appeal
by way of a writ. That is what the State Counsel for Offenders
has told me anyway. PLease advise me as to why you did not file
for an appeal in my case as you were my court appointed counsel.
Please respond to this request for information. My appeal is
and has always been important to me and you know that so please
help me anyways you can. Thabk you for you kind assistance in
this matter sir, it is greately appreciated.
     PLease note that the trial court certified my right to appeal
on June 6, 2013. You know that because you were right there when
we signed the right to appeal and notice of appeal was given
by me.. Again thank you for your time and efforts as well as
a timely response Mr.House.


                              Sincerely, _____
                                         Alvin Eugene Hines
                                         1866741
                                         2101 FM 369 N.
                                         Iowa Park,TX 76367
                                         ALLRED UNIT_T.D.C.J.


XC/my file.                        P.1



*ExHibit 5*



# State Counsel for Offenders

### A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

August 21, 2013

Alvin Hines
TDCJ-ID # 1866741
Byrd Unit (008)

Dear Mr. Hines,

I spoke with Mr. House and Mr. Bonner. They no longer have any connection with your case as the trial phase has ended. I recommend that you contact the court of conviction, inform them of your desire to appeal, and request that they appoint you appellate counsel.

Due to the time that has passed, you may need to file a writ for an out of time appeal.

Our office cannot assist you with your appeal.

Thank you,

Walter Nightingale
Staff Attorney
General Legal Section
State Counsel for Offenders

WNI/lv

c: FILE

## PRAYER

In reality this presumptively indigent Applicant did not receive any practical assistance of counsel in protecting and preserving his appellant rights. Thus he has been denied effective assistance of counsel on appeal in violation of his due process rights under the Fourteenth Amendment and his Due Course Rights under Art.1, § 10 of our own Bill of Rights. Therefore, Applicant is entitled to an out-of-time Appeal, and that specific relief is requested, respectfully.

## INMATE DECLARATION

I, Alvin Eugene Hines, am the Applicant in this case and being presently incarcerated in Texas Department of Criminal Justice I-D, James V. Allred Unit, Wichita County, Texas, declare under the penalty of perjury that, according to my belief, the facts stated in the above Memorandum in Support of Article 11.07 Writ of Habeas Corpus are true and correct to the best of my ability. Including the attached exhibit pack, 1-5.

Signed on _March  2_ , 2015

_Alvin Eugene Hines_
Alvin Eugene Hines
1866741
2101 FM 369 N.
Iowa Park, TX 76367
Allred Unit
NOW ON The Michael Unit
ON A HARD-Ship